UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JESSICA GERST, et al.

    Plaintiffs,

v.

Case No. 2:14-CV-993
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

MANLEY DEAS KOCHALSKI, LLC,

    Defendant.

## ORDER

This matter is before the Court on Plaintiffs' Notice of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 8). Pursuant to that Notice, the claims against Manley Deas Kochalski are **DISMISSED WITH PREJUDICE**. This Court retains jurisdiction to enforce the parties' settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). The Clerk is **DIRECTED** to close this matter.

**IT IS SO ORDERED.**

10-2-2014
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE